UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others Similarly Situated, *Plaintiff*, -against- VIVINT SOLAR, INC., *Defendant.* | 1:18-cv-02555-MKB-RLM **NOTICE OF DISMISSAL UNDER RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice and without costs to any party.

Dated: February 5, 2020

___s/ *Todd C. Bank*___
TODD C. BANK,
  ATTORNEY AT LAW, P.C.
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York  11415
(718) 520-7125
By Todd C. Bank

*Counsel to Plaintiff*

HARRIS BEACH PLLC
100 Wall Street
23rd Floor
New York, New York  10005
(212) 687-0100

By: _Ross B. Hofherr_

*Counsel to Defendant*

**SO-ORDERED**

_____
Margo K. Brodie
United States District Judge