UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others Similarly Situated,<br><br>                                                                          *Plaintiff*,<br><br>       -against-<br><br>VIVINT SOLAR, INC.,<br><br>                                                                      *Defendant*. | 1:18-cv-02555-MKB-RLM<br><br>**NOTICE OF DISMISSAL<br>UNDER RULE 41(a)(2)<br>OF THE FEDERAL RULES<br>OF CIVIL PROCEDURE** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice and without costs to any party.

Dated: February 5, 2020

    *s/ Todd C. Bank*
TODD C. BANK,
  ATTORNEY AT LAW, P.C.
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415
(718) 520-7125
By Todd C. Bank

*Counsel to Plaintiff*

HARRIS BEACH PLLC
100 Wall Street
23rd Floor
New York, New York 10005
(212) 687-0100

By: Ross B. Hofherr

*Counsel to Defendant*


**SO-ORDERED**

S/ Margo K. Brodie

Margo K. Brodie
United States District Judge